PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Tara Lamonaca                                Cr.: 18-00170-001
                                                                                    PACTS #: 4714263

Name of Sentencing Judicial Officer:   THE HONORABLE ROBERT B. KUGLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/15/2021

Original Offense:   Count One: Conspiracy to Commit Health Care Fraud, 18 U.S.C. § 1349

Original Sentence: 8 months imprisonment, 3 years' supervised release

Special Conditions: Restitution – $523,931.91, Financial Disclosure, Mental Health Treatment, and No New Debt/Credit.

Type of Supervision: Supervised Release                     Date Supervision Commenced: 09/14/2022

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Ochos Rios, Jamaica from February 22, 2024 to February 26, 2024. She will be traveling with her spouse, Kevin LaMonaca, and colleagues from her employment – Pennergy Solutions. Lastly, Mrs. LaMonaca will be staying at the Sandal's Resort during the duration of this trip.

U.S. Probation Officer Action:

Our office recommends the travel request be approved. LaMonaca reports as instructed, submits monthly supervision reports, and urinalysis submitted yielded negative results. Tara LaMonaca has maintained a stable residence and is employed with Pennergy Solutions in Linwood, New Jersey. Additionally, Mrs. LaMonaca has an outstanding balance of $517,402.71 and is compliant with court-ordered $250 monthly payments. As such, she is in full compliance with the conditions of supervised release.

                                              Respectfully submitted,

                                              SUSAN M. SMALLEY, Chief
                                              U.S. Probation Officer

                                    By:   PATRICK HATTERSLEY
                                            Supervising U.S. Probation Officer

/smk

Prob 12A – page 2
Tara Lamonaca

PREPARED BY:

_____   01/31/24
SIMON M. KRIVORUK                   Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Travel Approved

☐ Travel Denied

☐ Travel Approved and all future travel requests be at the discretion of the Probation Office (as recommended by the Probation Office)

☐ Other

_____
Signature of Judicial Officer

February 1, 2024
Date